IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JERALD HAMMANN, | § | |
| | § | No. 150, 2025 |
| Plaintiff Below, Appellant, | § | |
| | § | Court Below—Court of |
| v. | § | Chancery of the State of |
| | § | Delaware |
| ASSERTIO HOLDINGS, INC., a | § | |
| Delaware corporation, HEATHER L. | § | C.A. No. 2025-0199 |
| MASON, WILLIAM T. MCKEE, | § | |
| DAVID M. STARK, SRAVAN K. | § | |
| EMANY, SIGURD C. KIRK, MARK | § | |
| REISENAUER, and BRENDAN P. | § | |
| O'GRADY, | § | |
| | § | |
| Defendants Below, Appellees. | § | |

Submitted: August 22, 2025
Decided: October 30, 2025

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record below, we find it evident that the Court of Chancery's April 4, 2025 partial final judgment under Rule 54(b) should be affirmed on the basis of and for the reasons stated in the Court of Chancery's April 4, 2025 post-trial bench ruling and March 22, 2025 ruling on the parties' cross-motions to compel.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice